SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson | Case No. **2:09-cv-03050-GEB-DAD** |
| Plaintiff, | **PLAINTIFF'S REQUEST FOR CONTINUANCE OF STATUS CONFERENCE and** *Proposed Order* |
| vs. | |
| Sarah Miley, et al, | Status Conference: March 1, 2010 |
| Defendants | Time: 9:00 am |
| | Courtroom: 10 |

Plaintiff, Scott N. Johnson, hereby requests an extension of time in which to continue the status conference from March 1, 2010 to April 12, 2010. Plaintiff filed a First Amended Complaint on February 1, 2010, which removed the previous business operator, Sarah Miley, and replaced with the current business operator, Susan Stoll. Plaintiff received the summons for this Defendant on February 16, 2010. A continuance to April 12, 2010 for the

PLAINTIFF'S REQUEST FOR CONTINUANCE OF STATUS CONFERENCE AND PROPOSED ORDER

CIV: S-09-cv-03050-GEB-DAD - 1

status conference will give the Defendants ample time to answer Plaintiff's complaint.

Dated: February 10, 2010      /s/Scott N. Johnson
                              Scott N. Johnson,
                              Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED THAT the pretrial scheduling conference is continued to April 12, 2010, at 9:00 a.m.  A joint status report is to be filed fourteen days prior to the hearing.

Date: 2/18/10

GARLAND E. BURRELL, JR.
United States District Judge

PLAINTIFF'S REQUEST FOR CONTINUANCE OF STATUS CONFERENCE AND PROPOSED ORDER

CIV: S-09-cv-03050-GEB-DAD - 2