IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON,<br><br>        Plaintiff,<br><br>    v.<br><br>SUSAN STOLL, individually and d/b/a At Last Salon & Medical Spa; The DA's Family Limited Partnership, a California Limited Partnership,<br><br>        Defendants. | 2:09-cv-03050-GEB-DAD<br><br>ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE |

      The Status (Pretrial Scheduling) Conference set for April 12, 2010, is continued to July 26, 2010, at 9:00 a.m. A joint status report shall be filed no later than fourteen (14) days prior to the status conference.

Dated: April 8, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge

1