SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>            Plaintiff,<br><br>     vs.<br><br>Susan Stoll, et al<br><br>            Defendants. | Case No.: CIV.S 09-cv-03050-GEB-DAD<br><br>**PLAINTIFF'S REQUEST TO SET ASIDE DEFAULT AND *Proposed* ORDER** |

   IT IS HEREBY REQUESTED by Plaintiff, Scott N. Johnson, that the Entry of Default against Defendant, Susan Stoll, be hereby set aside.  This request is based upon the following facts constituting good cause: Defendant, Susan Stoll, has retained Counsel and has filed an answer.

| | |
|---|---|
| Dated: April 8, 2010 | /s/Scott N. Johnson<br>SCOTT N. JOHNSON,<br>Attorney for Plaintiff,<br>**SCOTT N. JOHNSON** |

**IT IS SO ORDERED**:

    THAT, Plaintiff's Entry of Default against Defendant, Susan Stoll, is hereby set aside.

Dated: 4/9/10

_____
GARLAND E. BURRELL, JR.
United States District Judge