1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SCOTT N. JOHNSON,

11              Plaintiff,                    No. CIV S-09-3050 DAD

12         v.

13    SUSAN STOLL, Individually and d/b/a     ORDER SETTING FURTHER
      At Last Salon & Medical Spa; THE DA'S   STATUS (PRETRIAL SCHEDULING)
14    FAMILY LIMITED PARTNERSHIP,             CONFERENCE
      a California Limited Partnership,

15
                Defendants.
16    _____/

17          Pursuant to the consent forms filed by counsel for all parties, this action has been

18    reassigned to the undersigned for all further proceedings.  All matters scheduled before the

19    previously assigned district judge have been vacated.  Accordingly, a further status conference

20    will be held for the purpose of issuing a new scheduling order.

21          In their joint status report filed on July 7, 2010, counsel for all parties stipulated to

22    the trial judge acting as settlement judge in this case.  If the parties are in agreement that an early

23    settlement conference would be of assistance in this matter, counsel may contact Pete Buzo,

24    courtroom deputy to the undersigned, and inquire concerning available dates.  If an early

25    settlement conference is set, the parties may jointly request that the further status conference be

26    continued.

Good cause appearing, IT IS ORDERED that:

1.  A Further Status (Pretrial Scheduling) Conference is set for **October 1, 2010, at 11:00 a.m.** in Courtroom No. 27 before the undersigned.

2.  If the parties wish to file a supplemental status report, the report shall be filed on or before September 27, 2010.

3.  All parties are permitted and encouraged to appear at the status conference telephonically.  To arrange telephonic appearance, counsel shall contact Pete Buzo, courtroom deputy to the undersigned, at (916) 930-4128, at least three days prior to the further status conference.

DATED: July 26, 2010.

Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\johnson3050.ossc

2