IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

    Plaintiff,                                  No. CIV S-09-3050 DAD

    v.

SUSAN STOLL, Individually and d/b/a
At Last Salon & Medical Spa; THE DA'S       ORDER
FAMILY LIMITED PARTNERSHIP,
a California Limited Partnership,

    Defendants.
_____/

        By notice filed November 15, 2010, counsel for plaintiff has informed the court that the parties have settled this action. Accordingly, the court now orders that dispositional documents be filed on or before December 16, 2010. All dates heretofore set in this matter, including the settlement conference set for November 18, 2010, are vacated.

        IT IS SO ORDERED.

DATED: November 18, 2010.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
ddad1\orders.consent\johnson3050.dispodocs